114 A.3d 795

**Laure G. WALSH, Respondent**

v.

**John R. WALSH, III, Petitioner.**

**No. 47 MM 2015.**

Supreme Court of Pennsylvania.

April 24, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of April, 2015, the Petition for Review is **DENIED.**